## WITNESS.

CHESTER *against* ROCKINGHAM. *Windham,* 1816.

IN a question between two towns, which shall support a pauper, an inhabitant of the town cannot testify, if he is rated and taxed in the town.

See Pauper Cases 11.